■ BARBARA DOMST, as Administratrix of the Estate of THOMAS DOMST, Deceased, Respondent v. CHARLES A. WRIGHT et al., Appellants.— Order unanimously reversed, with costs, and motion granted. Memorandum: In the exercise of a proper discretion the motion should have been granted. (Appeal from order of Erie Special Term denying motion for a change of venue.) Present — Williams, P. J., Bastow, Marsh, Witmer and Henry, JJ.